## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN SWINGEN, <br><br> Plaintiffs, <br><br> v. <br><br> AARP SERVICES, INC., AARP, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., RUSSELL RAGSDALE, and OVERSEAS INSURANCE AGENCY, INC., <br><br> Defendants. <br> _____ | 1:19-cv-00049-MEM-EAH |

TO:    Pamela L. Colon, Esq.
        Karen Ellis Carr, Esq.
        Emily Baver Bowie, Esq.
        Andrew C. Simpson, Esq.
        Ann Cecile O'Neill, Esq.
        Eugenio W.A. Geigel-Simounet, Esq.
        Joshua D. Lerner, Esq.
        Richard H. Hunter, Esq.
        Peter Tepley, Esq.
        Victor G. Sanabria, Esq.

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER comes before the Court on the Motion for Admission *Pro Hac Vice* of Eric Roman, Esq. Dkt. No. 225. Defendants AARP Services, Inc. and AARP, Inc. seek admission of Eric Roman, Esq., to appear and participate as co-counsel for said Defendants in the above-

*Miller et al v. AARP Services, Inc., et al*
1:19-cv-00049-MEM-EAH
Order Granting Motion for Admission *Pro Hac Vice*
Page 2

captioned matter. Defendants and Attorney Roman have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

The record shows that Eric Roman, Esq., currently is an attorney in good standing in the State of New York. His New York bar number is 2827657.

Attorney Roman is bound by the grievance procedures established for the Virgin Islands bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed Pro Hac Vice Application, the Declaration of Eric Roman, Esq., the Declaration of Andrew C. Simpson, Esq., and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Eric Roman, Dkt. No. 225, is **GRANTED**;

2. Eric Roman, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

---

[1] Local Rules of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Miller et al v. AARP Services, Inc., et al*
1:19-cv-00049-MEM-EAH
Order Granting Motion for Admission *Pro Hac Vice*
Page 3

3. Eric Roman, Esq., shall appear before the Court to take the oath of admission via videoconference; and

4. Eric Roman, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

ENTER:

Dated: November 29, 2022

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE