IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER AND GALEN G. SWINGEN, <br><br> Plaintiffs, <br><br> v. <br><br> AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., AND VERICLAIM, INC., AND RUSSELL RAGSDALE, <br><br> Defendants. | CASE NO.: 1:19-CV-49 |

## NOTICE OF CROSS DEPOSITION OF JEFFREY MAJOR

**PLEASE TAKE NOTICE** that pursuant to Rules 26, 30, and 32 of the Federal Rules of Civil Procedure, Defendant, GRUPO COOPERATIVO SEGUROS MULTIPLES (*hereinafter* "GCSM") by and through its undersigned counsel, will take the oral examination of **Jeffrey Major** on **February 3, 2023**, at **10:00 a.m. (EST)** in conjunction with the deposition noticed by Defendants Sedgwick Claims Management Services, Inc., Vericlaim, Inc., and Russell Ragsdale, for the purpose of discovery or evidence in this case, for use at trial, and/or for any purpose permitted by the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

This deposition will take place at Veritext Philadelphia, 1801 Market Street, Suite 1800, Philadelphia, PA 19103, before an officer duly authorized to administer oaths in the State of Florida who is neither counsel to the parties, nor related to the parties or their respective counsel.

Notice of Cross Deposition of Jeffrey Major
RUTH MILLER & GALEN G. SWINGEN V. AARP SERVICES, INC., ET AL.
Page 2 of 2

 

The deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed. The testimony will be stenographic means and by audiovisual recording.

                    Respectfully Submitted,

                    **GS LAW OFFICES P.C.**
                    *Counsel for Defendant GCSM*

Dated: January 10, 2022      By: /s/ *Eugenio W.A. Géigel-Simounet*
                    **Eugenio W.A. Géigel-Simounet, Esq.**
                    VI Bar No.: 999
                    **Ann Cecile O'Neill, Esq.**
                    VI Bar No.: 665
                    5020 Anchor Way, 2nd Floor Gallows Bay
                    P.O. Box 25749 | Christiansted, VI 00824
                    Tel: (340) 778-8069 | Fax: (340) 773-8524
                    egeigel@gslawofficespc.com
                    aconeill@gslawofficespc.com
                    alicia@gslawofficespc.com *(legal secretary)*