**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| RUTH MILLER AND GALEN G. SWINGEN,<br><br>PLAINTIFFS,<br><br>V.<br><br>AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., AND RUSSELL RAGSDALE,<br><br>DEFENDANTS. | CASE NO. 1:19-CV-49 (MEM-EAH) |

**AARP DEFENDANTS' NOTICE OF CROSS DEPOSITION OF JEFFREY MAJOR**

PLEASE TAKE NOTICE that pursuant to Rules 26, 30, and 32 of the Federal Rules of Civil Procedure, Defendants AARP, Inc. and AARP Services, Inc., by its undersigned counsel, will take the deposition of Jeffrey Major on February 3, 2023 at 10:00 a.m., in conjunction with the deposition noticed by the Adjuster Defendants. This deposition is taking taken for the purpose of discovery or evidence in this case to be used at trial and for any other purpose permitted under the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

The depositions will take place at Veritext Philadelphia, 1801 Market Street, Suite 1800, Philadelphia, Pennsylvania, 19103, before an officer duly authorized to administer oaths in the State of Pennsylvania. The deposition will be taken by stenographic and/or videotape means and will continue from day-to-day until completed.

1

Dated: January 12, 2023                                    Respectfully submitted,

/s *Andrew C. Simpson*
Andrew C. Simpson (VI Bar 451)
Howard L. Phillips (VI Bar 2014)
**Andrew C. Simpson, P.C.**
2191 Church Street, Suite 5
Christiansted, VI  00820
asimpson@coralbrief.com
hphillips@coralbrief.com
340-719-3900

/s *Karen Ellis Carr*
Karen Ellis Carr (*admitted pro hac vice*)
Eric Roman (*admitted pro hac vice*)
Mattie Bowden (*admitted pro hac vice*)
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
karen.carr@afslaw.com
eric.roman@afslaw.com
mattie.bowden@afslaw.com
202-857-6000

*Counsel for AARP Services, Inc.*
*and AARP, Inc.*