# IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC. and RUSSELL RAGSDALE, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-0049 |

## NOTICE OF CANCELLATION OF DEPOSITION OF JEFFREY MAJOR

**PLEASE TAKE NOTICE** that the deposition of Jeffrey Major scheduled for February 3, 2023 at 10:00 a.m. has been CANCELLED.

Dated:  January 31, 2022

    Respectfully submitted,
    RICHARD H. HUNTER, PC

    */s/ Richard H. Hunter*
    Richard H. Hunter, Esq.
    9800 Buccaneer Mail, Box #1
    St. Thomas, VI 00802
    Tel.: (340) 714-1998
    Cell: (340) 690-1199
    Email: Rhunter@huntercolevi.com

    Joshua D. Lerner (*Pro Hac Vice*)
    Florida Bar No. 455067
    E-mail: jlerner@rumberger.com and
    jlernersecy@rumberger.com

2

        RUMBERGER, KIRK & CALDWELL, P.A.
        80 S.W. 8th Street, Suite 3000
        Miami, Florida  33130
        Telephone:  (305) 358-5577
        Telecopier:  (305) 371-7580

        Peter J. Tepley (*Pro Hac Vice*)
        Alabama Bar No.: ASB-1112-T46P
        E-mail: ptepley@rumberger.com and
        ptepleysecy@rumberger.com
        RUMBERGER, KIRK & CALDWELL, P.A.
        2001 Park Place North, Suite 1300
        Birmingham, Alabama 35203
        Telephone: 205.327.5550
        Telecopier: 205.326.6786

        ***Attorneys for Sedgwick Claims Management***
        ***Services, Inc., Vericlaim, Inc. and Byron Gilchrest***

2