IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AARP SERVICES, INC., AARP, INC., AARP ) <br> OF THE VIRGIN ISLANDS, INC., GRUPO ) <br> COOPERATIVO SEGUROS MULTIPLES, ) <br> COOPERATIVA DE SEGUROS MÚLTIPLES ) <br> OF PUERTO RICO, OVERSEAS INSURANCE ) <br> AGENCY, INC., SEDGWICK CLAIMS ) <br> MANAGEMENT SERVICES, INC., ) <br> VERICLAIM, INC., and RUSSELL RAGSDALE, ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. 1:19-CV-00049 |

**NOTICE OF CANCELLATION OF CROSS DEPOSITOIN OF JEFFREY MAJOR**

PLEASE TAKE NOTICE that the deposition of Jeffrey Major scheduled for February 3, 2023 at 10:00 a.m. has been CANCELLED.

                                                      LAW OFFICES OF PAMELA LYNN COLON, LLC
                                                      Attorney for Plaintiffs

DATED:  January 31, 2023       By:    /s/Pamela Lynn Colon, Esquire
                                                   Pamela Lynn Colon, Esquire
                                                   VI Bar No. 801
                                                   2155 King Cross Street, Suite 3
                                                   Christiansted, St. Croix 00820
                                                   (340) 719-7100/(340) 719-7700 (facsimile)
                                                   pamelalcolon@msn.com