IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AARP SERVICES, INC., AARP, INC., AARP ) <br> OF THE VIRGIN ISLANDS, INC., GRUPO ) <br> COOPERATIVO SEGUROS MULTIPLES, ) <br> COOPERATIVA DE SEGUROS MÚLTIPLES ) <br> OF PUERTO RICO, OVERSEAS INSURANCE ) <br> AGENCY, INC., SEDGWICK CLAIMS ) <br> MANAGEMENT SERVICES, INC., ) <br> VERICLAIM, INC., and RUSSELL RAGSDALE, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 1:19-CV-00049 |

### **RE-NOTICE OF CROSS DEPOSITOIN OF JEFFREY MAJOR**

PLEASE TAKE NOTICE that pursuant to Rule 26, 30, and 32 of the Federal Rules of Civil Procedure, Plaintiffs, Ruth Miller and Galen G. Swingen by and through the undersigned counsel, Law Offices of Pamela Lynn Colon, LLC, will take the deposition of **Jeffrey Major** on **Friday, March 3, 2023** at **09:30 a.m.**, Eastern Standard Time. This cross deposition will be conducted via **virtual platform**.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

                                                            LAW OFFICES OF PAMELA LYNN COLON, LLC
                                                            Attorney for Plaintiffs

DATED: January 31, 2023        By:    <u>/s/Pamela Lynn Colon, Esquire</u>
                                                             Pamela Lynn Colon, Esquire
                                                             VI Bar No. 801
                                                              2155 King Cross Street, Suite 3
                                                              Christiansted, St. Croix 00820
                                                              (340) 719-7100/(340) 719-7700 (facsimile)
                                                              pamelalcolon@msn.com