## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER AND GALEN G. SWINGEN,<br><br>Plaintiffs,<br><br>v.<br><br>AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., AND VERICLAIM, INC., AND RUSSELL RAGSDALE,<br><br>Defendants. | CASE NO.: 1:19-CV-49 |

### DEFENDANT GRUPO COOPERATIVO SEGUROS MULTIPLES' RE-NOTICE OF CROSS DEPOSITION OF JEFFREY MAJOR

**PLEASE TAKE NOTICE** that due to the cancellation of the February 3, 2023 deposition of Jeffrey Major (*see* ECF No. 247) and the Notice of Re-Scheduled deposition of Jeffrey Major for March 3, 2023 (*see* ECF 248), and pursuant to Rules 26, 30, and 32 of the Federal Rules of Civil Procedure, Defendant, GRUPO COOPERATIVO SEGUROS MULTIPLES (*hereinafter* "GCSM") by and through its undersigned counsel, will take the deposition of **JEFFREY MAJOR** on **March 3, 2023 at 9:30a.m. (EST)**, in conjunction with the deposition noticed by the Defendants Sedgwick Claims Management Services, Inc., Vericlaim, Inc. and Russell Ragsdale. This deposition is being taken for the purpose of discovery or evidence in this case to be used at trial and for any other purpose permitted under the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

<u>Defendant GCSM's Re-Notice of Cross Deposition of Jeffrey Major</u>
Ruth Miller & Galen G. Swingen v. AARP Services, Inc., et al.
Page 2 of 2

This deposition will take place at Veritext Philadelphia, 1801 Market Street, Suite 1800, Philadelphia, PA 19103, before an officer duly authorized to administer oaths in the State of Pennsylvania who is neither counsel to the parties, nor related to the parties or their respective counsel. The deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed. The testimony will be stenographic means and by audiovisual recording.

Respectfully Submitted,

**GS LAW OFFICES P.C.**
*Counsel for Defendant GCSM*

Dated: February 2, 2023   By:   /s/ *Eugenio W.A. Géigel-Simounet*
**Eugenio W.A. Géigel-Simounet, Esq.**
VI Bar No.: 999
**Ann Cecile O'Neill, Esq.**
VI Bar No.: 665
5020 Anchor Way, 2nd Floor Gallows Bay
P.O. Box 25749 | Christiansted, VI 00824
Tel: (340) 778-8069 | Fax: (340) 773-8524
egeigel@gslawofficespc.com
aconeill@gslawofficespc.com
alicia@gslawofficespc.com *(legal secretary)*