### IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC. and RUSSELL RAGSDALE, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-0049 |

### DEFENDANTS' NOTICE OF CONTINUATION OF
### <u>DEPOSITION OF JEFFREY MAJOR</u>

**PLEASE TAKE NOTICE** that Defendants Sedgwick Claims Management Services, Inc., Vericlaim, Inc. and Russell Ragsdale, by their counsel, will take the continuation of the deposition of Jeffrey Major on **Tuesday, May 9, 2023, at 9:30 a.m.**, Eastern Standard Time, for the purpose of discovery or evidence in this case, for use at trial, and/or for any other purpose permitted by the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

The deposition will take place at Veritext Philadelphia, 1801 Market Street, Suite 1800, Philadelphia, PA 19103[1] before an officer duly authorized to administer oaths in the State of Florida who is neither counsel of the parties or their respective counsel.  The deposition will continue from day to day until completed.  The testimony will be recorded by stenographic means and by audiovisual recording.

---

[1] Zoom link for those participating remotely is:
**https://proceedings.veritext.com/?token=0d8ac4f6b2c30417010b8701657d244e**

Dated:  March 10, 2023

                Respectfully submitted,
                HUNTER & COLE

                */s/ Richard H. Hunter*
                Richard H. Hunter, Esq.
                (VI Bar No. 332)
                1138 King Street, Suite 3 Christiansted, VI 00820
                (340) 773-3535
                (340) 714-1998
                rhunter@huntercolevi.com

                Joshua D. Lerner (*Pro Hac Vice*)
                Florida Bar No. 455067
                E-mail: jlerner@rumberger.com and
                jlernersecy@rumberger.com
                RUMBERGER, KIRK & CALDWELL, P.A.
                80 S.W. 8th Street, Suite 3000
                Miami, Florida  33130
                Telephone:  (305) 358-5577
                Telecopier:  (305) 371-7580

                Peter J. Tepley (*Pro Hac Vice)*
                Alabama Bar No.: ASB-1112-T46P
                E-mail: ptepley@rumberger.com and
                ptepleysecy@rumberger.com
                RUMBERGER, KIRK & CALDWELL, P.A.
                2001 Park Place North, Suite 1300
                Birmingham, Alabama 35203
                Telephone: 205.327.5550
                Telecopier: 205.326.6786

                ***Attorneys for Sedgwick Claims Management Services, Inc., Vericlaim, Inc. and Russell Ragsdale***