## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **RUTH MILLER and GALEN SWINGEN,**<br><br>        Plaintiffs,<br><br>   v.<br><br>**AARP SERVICES, INC., AARP, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., RUSSELL RAGSDALE, and OVERSEAS INSURANCE AGENCY, INC.,**<br><br>        **Defendants.**<br>_____ | 1:19-cv-00049-MEM-EAH |

**TO:** Pamela L. Colon, Esq.
       Karen Ellis Carr, Esq.
       Eric Roman, Esq.
       Mattie Bowden, Esq.
       Andrew C. Simpson, Esq.
       Ann Cecile O'Neill, Esq.
       Eugenio W.A. Geigel-Simounet, Esq.
       Richard H. Hunter, Esq.
       Joshua D. Lerner, Esq.
       Peter Tepley, Esq.
       Victor G. Sanabria, Esq.

## ORDER SETTING HEARING

THIS MATTER is before the Court upon Defendant AARP, Inc. and AARP Services, Inc.'s Motion for Protective Order, Dkt. No. 210, and Plaintiffs Ruth Miller and Galen Swingen's Motion for Amended Case Management Order, Dkt. No. 220.

To fully consider the arguments in the briefing, it is hereby **ORDERED**:

*Miller v. AARP Services, Inc.*
1:19-cv-00049-MEM-EAH
Order Setting Hearing
Page 2

1. A hearing on these motions is set for **Tuesday, April 4, 2023** at **10:00 a.m.** in **STX Courtroom 3**. All counsels shall appear **in person**.

                                                        ENTER:

Dated: March 15, 2023　　　　　　　　　　　/s/ Emile A. Henderson III
　　　　　　　　　　　　　　　　　　　　　EMILE A. HENDERSON III
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE