**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **RUTH MILLER and GALEN SWINGEN,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**AARP SERVICES, INC., AARP, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., RUSSELL RAGSDALE, and OVERSEAS INSURANCE AGENCY, INC.,**<br><br>    Defendants.<br>_____ | 1:19-cv-00049-MEM-EAH |

**TO:**   Pamela L. Colon, Esq.
    Karen Ellis Carr, Esq.
    Eric Roman, Esq.
    Mattie Bowden, Esq.
    Andrew C. Simpson, Esq.
    Ann Cecile O'Neill, Esq.
    Eugenio W.A. Geigel-Simounet, Esq.
    Richard H. Hunter, Esq.
    Joshua D. Lerner, Esq.
    Peter Tepley, Esq.
    Victor G. Sanabria, Esq.

**ORDER**

**THIS MATTER** comes before the Court on the First Motion for Extension of Time and the Second Motion for Extension of Time filed by Plaintiffs. Dkt. Nos. 208, 218.

In the first motion, Attorney Colon indicated that she has been unable to work for the past five weeks, due to family circumstances and being sick with COVID. Dkt. No. 208. Thus, she requested until November 4, 2022 to respond to Defendants Grupo Cooperativo Seguros Multiples and Cooperativa de Seguros Multiples of Puerto Rico's first set of

*Miller v. AARP Services, Inc.*
1:19-cv-00049-MEM-EAH
Order
Page 2

interrogatories and request for production of documents. *Id*. She also indicated that she had emailed the opposing counsels regarding the motion, but had not received a response at the time of filing. *Id*.

In the second motion, filed on November 4, 2022, counsel requested until November 10, 2022 to file the same responses to discovery requests. Dkt. No. 218. She stated that she was preparing for an evidentiary hearing on November 7, 2022 and experiencing lingering COVID symptoms, necessitating additional time to file Plaintiffs' responses. *Id*. She noted that the Adjuster and Seguros Multiples Defendants had no objection to the motion but that she had not received a response from the AARP Defendants at the time of filing. *Id*.

Accordingly, the premises considered, and the Court otherwise being duly advised, it is hereby **ORDERED**:

1. Plaintiffs' First Motion for Extension of Time, Dkt. No. 208, is **DENIED as MOOT.**

2. Plaintiffs' Second Motion for Extension of Time, Dkt. No. 218, is **GRANTED.**[1]

3. This Order is issued nunc pro tunc to November 4, 2022.

ENTER:

Dated: March 15, 2023                  /s/ Emile A. Henderson III

                                                         EMILE A. HENDERSON III
                                                         U.S. MAGISTRATE JUDGE

---

[1] Plaintiffs requested to file their responses by November 10, 2022. Dkt. No. 218. The docket reflects that they filed responses on that date. Dkt. Nos. 222, 223.