IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GAYLEN SWINGEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-0049<br><br>ACTION FOR DAMAGES, BREACH OF CONTRACT, BAD FAITH, BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF FIDUCIARY DUTY, DECEPTIVE TRADE PRACTICES, FRAUD MISREPRESENTATION AND TORITOUS INTERFERENCE WITH CONTRACT |

ORDER

THIS MATTER having come before this Court on the Plaintiffs' Motion for an Amended Case Management Order, and the Court being duly advised in its premises, it is hereby

ORDERED that Plaintiffs' Motion for an Amended Scheduling Order is GRANTED as follows:

(a)     Fact Discovery:  All factual discovery, including written discovery and fact witness depositions, shall be completed by September 23, 2023.

(b)     Mediation: Mediation to be completed by November 6, 2023 and will be conducted pursuant to Local Rule of Civil Procedure 3.2(c)(1).

(c)     Plaintiffs' Expert(s): Plaintiffs' expert(s) will be named and copies of their opinions as provided in Fed.R.Civ.P. 26(a)(2) by December 22, 2023.

(d) Defendants' Expert(s): Defendants' expert(s) will be named and copies of their opinions as provided in Fed.R.Civ.P. 26(a)(2) by February 6, 2024. The parties shall cooperate in scheduling any requested medical examination(s) of the Plaintiffs by that date.

(e) Expert Depositions: All experts' depositions, as provided in Fed.R.Civ.P. 26(a)(2), shall be completed by May 30, 2024. No rebuttal reports are allowed without leave of the Court.

(f) Joint Notice Regarding No Dispositive Motions:  If no dispositive motions will be filed in the case, the parties shall file, no later than June 3, 2024, a Joint Notice stating that the parties have not filed, and do not intend to file, any dispositive motions.

(g) Dispositive Motions:  All dispositive motions shall be filed by July 3, 2024.  The Parties agree that no extensions on the filing of opposition or reply briefs are allowed without leave of the Court.

SO ORDERED this ____day of _____2023.

_____
JUDGE OF THE DISTRICT COURT