# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER AND GALEN G. SWINGEN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., AND VERICLAIM, INC., AND RUSSELL RAGSDALE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CASE NO.: 1:19-CV-49

## DEFENDANT GRUPO COOPERATIVO SEGUROS MULTIPLES' NOTICE OF CONTINUATION OF CROSS DEPOSITION OF JEFFREY MAJOR VIA ZOOM

**PLEASE TAKE NOTICE** that Defendant, GRUPO COOPERATIVO SEGUROS MULTIPLES (*hereinafter* "GCSM"), by and through its undersigned counsel, will take via Zoom[1] the continuation of the deposition of **JEFFREY MAJOR** on **Tuesday, May 9, 2023, at 9:30a.m. (EST)**, in conjunction with the deposition noticed by the Defendants Sedgwick Claims Management Services, Inc., Vericlaim, Inc. and Russell Ragsdale. This deposition is being taken for the purpose of discovery or evidence in this case to be used at trial and for any other purpose permitted under the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

---

[1] Zoom link provided by the Defendants Sedgwick Claims Management Services, Inc., Vericlaim, Inc. and Russell Ragsdale for those participating remotely is:
https://proceedings.veritext.com/?token=0d8ac4f6b2c30417010b8701657d244e

<u>Defendant GCSM's Notice of Continuation of Cross Deposition of Jeffrey Major</u>
Ruth Miller & Galen G. Swingen v. AARP Services, Inc., et al.
Page 2 of 2

   This deposition will take place at Veritext Philadelphia, 1801 Market Street, Suite 1800, Philadelphia, PA 19103, before an officer duly authorized to administer oaths in the State of Pennsylvania who is neither counsel to the parties, nor related to the parties or their respective counsel. The deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed. The testimony will be stenographic means and by audiovisual recording.

                   Respectfully Submitted,

                   **GS LAW OFFICES P.C.**
                   *Counsel for Defendant GCSM*

Dated: April 20, 2023       By: /s/ *Eugenio W.A. Géigel-Simounet*
                   **Eugenio W.A. Géigel-Simounet, Esq.**
                   VI Bar No.: 999
                   **Ann Cecile O'Neill, Esq.**
                   VI Bar No.: 665
                   5020 Anchor Way, 2nd Floor Gallows Bay
                   P.O. Box 25749 | Christiansted, VI 00824
                   Tel: (340) 778-8069 | Fax: (340) 773-8524
                   egeigel@gslawofficespc.com
                   aconeill@gslawofficespc.com
                   alicia@gslawofficespc.com *(legal secretary)*