IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and RUSSELL RAGSDALE, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-00049 |

## **RE-NOTICE OF CROSS CONTINUATION OF DEPOSITOIN OF JEFFREY MAJOR**

PLEASE TAKE NOTICE that pursuant to Rule 26, 30, and 32 of the Federal Rules of Civil Procedure, Plaintiffs, Ruth Miller and Galen G. Swingen by and through the undersigned counsel, Law Offices of Pamela Lynn Colon, LLC, will take the continuation of the deposition of **Jeffrey Major** on **Tuesday, May 9, 2023** at **09:30 a.m**., Eastern Standard Time. This cross deposition will be conducted in person.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

                                          LAW OFFICES OF PAMELA LYNN COLON, LLC
                                          Attorney for Plaintiffs

DATED:  May 5, 2023          By:    /s/Pamela Lynn Colon, Esquire
                                                  Pamela Lynn Colon, Esquire
                                                  VI Bar No. 801
                                                  2155 King Cross Street, Suite 3
                                                  Christiansted, St. Croix 00820
                                                  (340) 719-7100/(340) 719-7700 (facsimile)
                                                  pamelalcolon@msn.com