## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| RUTH MILLER and GALEN G. SWINGEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:19-CV-49 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP | ) | ACTION FOR DAMAGES, |
| OF THE VIRGIN ISLANDS, INC., GRUPO | ) | BREACH OF CONTRACT, BAD |
| COOPERATIVO SEGUROS MULTIPLES, | ) | FAITH, BREACH OF DUTY OF |
| COOPERATIVA DE SEGUROS MÚLTIPLES | ) | GOOD FAITH AND FAIR |
| OF PUERTO RICO, OVERSEAS INSURANCE | ) | DEALING, BREACH OF |
| AGENCY, INC., SEDGWICK CLAIMS | ) | FIDUCIARY DUTY, DECEPTIVE |
| MANAGEMENT SERVICES, INC., | ) | TRADE PRACTICES, FRAUD |
| VERICLAIM, INC., and RUSSELL RAGSDALE, | ) | AND MISREPRESENTATION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### FIRST MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiffs, Ruth Miller and Galen G. Swingen, by and through the undersigned counsel,  and moves this Honorable Court for the entry of an Order granting an extension of time until June 6, 2023 to file objections to the Magistrate Judge's Protective Order dated May 5, 2023 in this matter with the District Court.  In further support Plaintiffs states the following:

The Protective Order was entered on May 5, 2023.   Any objections to that Order must be filed by May 19, 2023.

The undersigned counsel left island on May 8, 2023 to attend a deposition on May 9, 2023 in this case in Philadelphia.  Thereafter counsel attended the Third Circuit Conference, also in Philadelphia from May 10, 2023 to May 12, 2023, returning to St. Croix late on May 13, 2023.

Since her return counsel has been preparing for the mediations scheduled for next week in this and two other related cases.  Counsel also has an expedited brief due in the Virgin Islands Supreme Court and a Sentencing in a criminal case in the Superior Court of the Virgin Islands that is scheduled for next week.

Thereafter, Counsel will be undergoing medical diagnostic testing pursuant to her doctor's orders on May 30, 2023, June 1, 2023 and June 5, 2023.

Seguros Multiples and the Adjusters Defendants' counsel have no objection to this motion.  At the time of filing this motion, Counsel for AARP Defendants did not respond as to their position to this motion.

WHEREFORE, Plaintiffs request that this Court enter an Order granting an extension of time until June 6, 2023 to file objections to the Magistrate Judge's Protective Order dated May 5, 2023 in this matter with the District Court.

RESPECTFULLY SUBMITTED

LAW OFFICES OF PAMELA LYNN COLON, LLC
Attorney for Plaintiffs

DATED: May 18, 2023          By:     /s/Pamela Lynn Colon, Esquire
                                      Pamela Lynn Colon, Esquire
                                      VI Bar No. 801
                                      2155 King Cross Street, Suite 3
                                      Christiansted, St. Croix 00820
                                      (340) 719-7100
                                      (340) 719-7700 (facsimile)
                                      pamelalcolon@msn.com