## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and RUSSELL RAGSDALE,)<br>)<br>Defendants. )<br>_____) | CIVIL NO. 1:19-CV-0049 |

## **ORDER**

THIS MATTER having come before this Court on Plaintiffs Ruth Miller and Galen G. Swingen's First Motion for Extension of Time, and the Court being duly advised in its premises, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and, it is further

ORDERED that the Plaintiffs Ruth Miller and Galen G. Swingen is granted until June 6, 2023 to file objections to the Magistrate Judge's Protective Order dated May 5, 2023 in this matter with the District Court.

SO ORDERED this _____ day of _____ 2023.

_____
JUDGE OF THE DISTRICT COURT