IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN SWINGEN, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> AARP, INC., AARP SERVICES, INC., GRUPO ) <br> COOPERATIVO SEGUROS MULTIPLES, ) <br> COOPERATIVE DE SEGUROS MULTIPLES DE ) <br> PUERTO RICO, SEDGWICK CLAIMS ) <br> MANAGEMENT SERVICES, INC., OVERSEAS ) <br> INSURANCE AGENCY, INC., VERICLAIM, INC., ) <br> and BRYAN GILCHREST, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 1:19-cv-00049 |

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a zoom mediation conference was held on the 24th day of May 2023.

The following were present:

| | | |
|---|---|---|
| ✓ | 1. | All Plaintiffs. |
| ✓ | 2. | Plaintiff's trial counsel. |
| ___ | 3. | If Plaintiff is not an individual, the representative who appeared had total authority. |
| ✓ | 4. | All Defendants. |
| ✓ | 5. | Defendant's trial counsel. |
| ___ | 6. | If Defendant is not an individual, the representative who appeared had total authority. |

The result of the mediation conference is as follows:

| | |
|---|---|
| ✓ | The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal. |
| ___ | The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution: |
| ___ | The parties have reached a total impasse, all issues require Court action. |

**Mediation Report**
**Page Two**
Ruth Miller and Galen Swingen v. AARP, Inc., AARP Services, Inc., Grupo Cooperativo Seguros Multiples, Cooperative de Seguros Multiples De Puerto Rico, Sedgwick Claims Management Services, Inc., Overseas Insurance Agency, Inc., Vericlaim, Inc. and Byron Gilchrest, Case No. 1:19-cv-00049

The matter has been recessed for further mediation.

✓  Other: Grupo Ds resolved 5/25/23
All other Ds resolved 5/31/23

DATE: 5/31/23
AMERICAN MEDIATION INSTITUTE

David E. Nichols, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI 00802
340-777-8109
davidnicholsvi@gmail.com

Distribution:
Pamela Lynn Colon, Esq.
Andrew C. Simpson, Esq.
Karen Ellis Carr, Esq.
Eugenio Geigel, Esq.
Ann Cecile O'Neill, Esq.
Richard H. Hunter, Esq.
Joshua Lerner, Esq.