## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL NO. 1:19-CV-49 |
| ) | |
| AARP SERVICES, INC., AARP, INC., AARP ) | ACTION FOR DAMAGES, |
| OF THE VIRGIN ISLANDS, INC., GRUPO ) | BREACH OF CONTRACT, BAD |
| COOPERATIVO SEGUROS MULTIPLES, ) | FAITH, BREACH OF DUTY OF |
| COOPERATIVA DE SEGUROS MÚLTIPLES ) | GOOD FAITH AND FAIR |
| OF PUERTO RICO, OVERSEAS INSURANCE ) | DEALING, BREACH OF |
| AGENCY, INC., SEDGWICK CLAIMS ) | FIDUCIARY DUTY, DECEPTIVE |
| MANAGEMENT SERVICES, INC., ) | TRADE PRACTICES, FRAUD |
| VERICLAIM, INC., and RUSSELL RAGSDALE,) | AND MISREPRESENTATION |
| ) | |
| Defendants. ) | |
| _____ ) | |

### **ORDER**

THIS CAUSE COMING TO be heard on the Emergency Joint Motion to Extend the Deadline to File Stipulations of Dismissal and to Continue the Status Conference Scheduled for August 4, 2023, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Emergency Joint Motion to Extend the Deadline to File Stipulations of Dismissal and to Continue the Status Conference Scheduled for August 4, 2023, is GRANTED; and,

IT IS FURTHER ORDERED that the Parties shall file Stipulations of Dismissal on or before August 7, 2023; and,

IT IS FURTHER ORDERED that the Status Conference currently scheduled for August 4, 2023, shall be continued until _____, 2023, at _____.

ENTERED:

DATED:                              _____
                                    EMILE A HENDERSON, III
                                    U.S. MAGISTRATE JUDGE