# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AARP SERVICES, INC., AARP, INC., AARP ) <br> OF THE VIRGIN ISLANDS, INC., GRUPO ) <br> COOPERATIVO SEGUROS MULTIPLES, ) <br> COOPERATIVA DE SEGUROS MÚLTIPLES ) <br> OF PUERTO RICO, OVERSEAS INSURANCE ) <br> AGENCY, INC., SEDGWICK CLAIMS ) <br> MANAGEMENT SERVICES, INC., ) <br> VERICLAIM, INC., and RUSSELL RAGSDALE,) <br> ) <br> Defendants. ) <br> _____) | CIVIL NO. 1:19-CV-49 <br><br> ACTION FOR DAMAGES, <br> BREACH OF CONTRACT, BAD <br> FAITH, BREACH OF DUTY OF <br> GOOD FAITH AND FAIR <br> DEALING, BREACH OF <br> FIDUCIARY DUTY, DECEPTIVE <br> TRADE PRACTICES, FRAUD <br> AND MISREPRESENTATION |

## PLAINITFFS' MOTION TO VOLUNTARILY DISMISS DEFENDANT, RUSSELL RAGSDALE, WITH PREJUDICE

COME NOW Plaintiffs, Darin Ross and Fiona Ross, by and through their undersigned attorney, and pursuant to Rule 41(a)(2), move this Honorable Court for the entry of an Order granting Plaintiffs' voluntary dismissal of Defendant, Russell Ragsdale, only, from this matter, with prejudice.  Plaintiffs further request that this dismissal be without conditions.

No party has any objection to this motion.

WHEREFORE, Plaintiffs asks this Honorable Court for the entry of an Order dismissing Defendant, Russell Ragsdale, only, from this matter with prejudice and without conditions.

LAW OFFICES OF PAMELA LYNN COLON, LLC
Attorney for Plaintiffs

DATED:  July 31, 2023

/s/ Pamela Lynn Colon, Esquire
Pamela Lynn Colon, Esquire
Law Offices of Pamela Lynn Colon, LLC
2155 King Cross Street—Ste. 3
Christiansted, VI 00820-4842
Tel:  (340) 719-7100
Fax: (340) 719-7700
pamelalcolon@msn.com