### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AARP SERVICES, INC., AARP, INC., AARP ) <br> OF THE VIRGIN ISLANDS, INC., GRUPO ) <br> COOPERATIVO SEGUROS MULTIPLES, ) <br> COOPERATIVA DE SEGUROS MÚLTIPLES ) <br> OF PUERTO RICO, OVERSEAS INSURANCE ) <br> AGENCY, INC., SEDGWICK CLAIMS ) <br> MANAGEMENT SERVICES, INC., ) <br> VERICLAIM, INC., and RUSSELL RAGSDALE,) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 1:19-CV-49 <br><br> ACTION FOR DAMAGES, BREACH OF CONTRACT, BAD FAITH, BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF FIDUCIARY DUTY, DECEPTIVE TRADE PRACTICES, FRAUD AND MISREPRESENTATION |

### **ORDER**

THIS CAUSE COMING TO be heard on Plaintiffs' Motion to Voluntarily Dismiss Defendant, Russell Ragsdale, only, from this matter with prejudice and without conditions, due notice having been given and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that Defendant, Russell Ragsdale, only, is dismissed from this matter with prejudice and without conditions.

SO ORDERED:

Dated:

_____
MALACHY E. MANNNION
UNITED STATES DISTRICT COURT JUDGE