### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and RUSSELL RAGSDALE,)<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-49<br><br>ACTION FOR DAMAGES, BREACH OF CONTRACT, BAD FAITH, BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF FIDUCIARY DUTY, DECEPTIVE TRADE PRACTICES, FRAUD AND MISREPRESENTATION |

### PLAINITFFS' AMENDED MOTION TO VOLUNTARILY DISMISS DEFENDANT, RUSSELL RAGSDALE, WITH PREJUDICE

COME NOW Plaintiffs, Ruth Miller and Galen G. Swingen, by and through their undersigned attorney, and pursuant to Rule 41(a)(2), move this Honorable Court for the entry of an Order granting Plaintiffs' voluntary dismissal of Defendant, Russell Ragsdale, only, from this matter, with prejudice. Plaintiffs further request that this dismissal be without conditions.

No party has any objection to this motion.

WHEREFORE, Plaintiffs asks this Honorable Court for the entry of an Order dismissing Defendant, Russell Ragsdale, only, from this matter with prejudice and without conditions.

                                                      LAW OFFICES OF PAMELA LYNN COLON, LLC
                                                     Attorney for Plaintiffs

DATED:  August 1, 2023        /s/ Pamela Lynn Colon, Esquire
                                                    Pamela Lynn Colon, Esquire
                                                    Law Offices of Pamela Lynn Colon, LLC
                                                    2155 King Cross Street—Ste. 3
                                                    Christiansted, VI 00820-4842
                                                    Tel:  (340) 719-7100
                                                    Fax: (340) 719-7700
                                                    pamelalcolon@msn.com