# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AARP SERVICES, INC., AARP, INC., AARP ) <br> OF THE VIRGIN ISLANDS, INC., GRUPO ) <br> COOPERATIVO SEGUROS MULTIPLES, ) <br> COOPERATIVA DE SEGUROS MÚLTIPLES ) <br> OF PUERTO RICO, OVERSEAS INSURANCE ) <br> AGENCY, INC., SEDGWICK CLAIMS ) <br> MANAGEMENT SERVICES, INC., ) <br> VERICLAIM, INC., and RUSSELL RAGSDALE,) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 1:19-CV-49 <br><br> ACTION FOR DAMAGES, BREACH OF CONTRACT, BAD FAITH, BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF FIDUCIARY DUTY, DECEPTIVE TRADE PRACTICES, FRAUD AND MISREPRESENTATION |

## **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned counsel, that this matter be dismissed, WITH PREJUDICE against Defendants, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and VERICLAIM, INC., only, each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement.  The case remains pending against Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO.[1]

---

[1] An unopposed Motion to Dismiss Defendant, Russell Ragsdale, with prejudice, was previously filed and is pending before the Court.

                                          LAW OFFICES OF PAMELA LYNN COLON, LLC
                                        Attorney for Plaintiffs

DATED:  August 8, 2023        */s/ Pamela Lynn Colon, Esquire*
                                        Pamela Lynn Colon, Esquire
                                        Law Offices of Pamela Lynn Colon, LLC
                                        2155 King Cross Street—Ste. 3
                                        Christiansted, VI 00820-4842
                                        Tel:  (340) 719-7100
                                        Fax: (340) 719-7700
                                        pamelalcolon@msn.com


DATED:  August 8, 2023        */s/ Joshua D. Lerner*
                                        RUMBERGER, KIRK & CALDWELL, P.A.
                                        80 S.W. 8th Street, Suite 3000
                                        Miami, Florida  33130
                                        305-358-5577
                                        305-371-7580 (facsimile)
                                        jlerner@rumberer.com


DATED:  August 8, 2023        */s/ Richard H. Hunter, Esquire*
                                        Richard H. Hunter, Esquire
                                        RICHARD H. HUNTER, P.C.
                                        (VI Bar No.: 332)
                                        9800 Buccaneer Mall, Box #1
                                        St. Thomas, VI  00802
                                        Tel: (340) 714-1998
                                        rhunter@rhuntervilaw.com