**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| RUTH MILLER and GALEN G. SWINGEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:19-CV-49 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP | ) | ACTION FOR DAMAGES, |
| OF THE VIRGIN ISLANDS, INC., GRUPO | ) | BREACH OF CONTRACT, BAD |
| COOPERATIVO SEGUROS MULTIPLES, | ) | FAITH, BREACH OF DUTY OF |
| COOPERATIVA DE SEGUROS MÚLTIPLES | ) | GOOD FAITH AND FAIR |
| OF PUERTO RICO, OVERSEAS INSURANCE | ) | DEALING, BREACH OF |
| AGENCY, INC., SEDGWICK CLAIMS | ) | FIDUCIARY DUTY, DECEPTIVE |
| MANAGEMENT SERVICES, INC., | ) | TRADE PRACTICES, FRAUD |
| VERICLAIM, INC., and RUSSELL RAGSDALE,) | | AND MISREPRESENTATION |
| | ) | |
| Defendants. | ) | |
| _____ _____ ) | | |

## <u>ORDER ON STIPULATION FOR DISMISSAL</u>

**THIS MATTER** having come on to be heard regarding the Stipulation for

Dismissal of Defendants, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and

VERICLAIM, INC., only, and the Court being fully advised in the premises:

IT IS HERBY ORDERED that that this matter is **DISMISSED**, WITH PREJUDICE

as to Defendants, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and

VERICLAIM, INC., only, each party to bear their own costs and fees; and,

IT IS FURTHER ORDERED that this matter remains pending against

Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS,

INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE

SEGUROS MULTIPLES OF PUERTO RICO.

SO ORDERED this _____day of _____2023.

_____
JUDGE OF THE DISTRICT COURT