## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| RUTH MILLER and GALEN G. SWINGEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:19-CV-49 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP | ) | ACTION FOR DAMAGES, |
| OF THE VIRGIN ISLANDS, INC., GRUPO | ) | BREACH OF CONTRACT, BAD |
| COOPERATIVO SEGUROS MULTIPLES, | ) | FAITH, BREACH OF DUTY OF |
| COOPERATIVA DE SEGUROS MÚLTIPLES | ) | GOOD FAITH AND FAIR |
| OF PUERTO RICO, OVERSEAS INSURANCE | ) | DEALING, BREACH OF |
| AGENCY, INC., SEDGWICK CLAIMS | ) | FIDUCIARY DUTY, DECEPTIVE |
| MANAGEMENT SERVICES, INC., | ) | TRADE PRACTICES, FRAUD |
| VERICLAIM, INC., and RUSSELL RAGSDALE,) | | AND MISREPRESENTATION |
| | ) | |
| Defendants. | ) | |
| _____ ) | | |

### MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO ENFORCE MEDIATION SETTLEMENT AGREEMENT WITH DEFENDANTS, GRUPO SEGUROS MULTIPLES & COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO UNDER SEAL

COMES NOW Plaintiffs, Ruth Miller and Galen G. Swingen, by and through their undersigned attorney, and move this Honorable Court for the entry of an Order permitting them to file their Motion to Enforce Mediation Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperativa de Seguros Multiples De Puerto Rico under seal.  In support thereof Plaintiffs further state:

By its terms, the Mediation Settlement Agreement is confidential.  Further, as it was part of a mediation, the terms of the agreement are also required to be kept confidential pursuant to Court rules governing the mediation process.

WHEREFORE, Plaintiffs, Ruth Miller and Galen G. Swingen, ask this Honorable Court for the entry of an Order permitting them to file their Motion to Enforce Mediation

Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperativa de Seguros Multiples De Puerto Rico under seal.

                                        LAW OFFICES OF PAMELA LYNN COLON, LLC
                                        Attorney for Plaintiffs

DATED:  August 8, 2023        */s/ Pamela Lynn Colon, Esquire*
                                        Pamela Lynn Colon, Esquire
                                        Law Offices of Pamela Lynn Colon, LLC
                                        2155 King Cross Street—Ste. 3
                                        Christiansted, VI 00820-4842
                                        Tel:  (340) 719-7100
                                        Fax: (340) 719-7700
                                        pamelalcolon@msn.com