**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and RUSSELL RAGSDALE,)<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-49<br><br>ACTION FOR DAMAGES,<br>BREACH OF CONTRACT, BAD<br>FAITH, BREACH OF DUTY OF<br>GOOD FAITH AND FAIR<br>DEALING, BREACH OF<br>FIDUCIARY DUTY, DECEPTIVE<br>TRADE PRACTICES, FRAUD<br>AND MISREPRESENTATION |

### ORDER

THIS MATTER having come on to be heard regarding Plaintiffs' Motion for Leave to file their Motion to Enforce the Mediated Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperative De Seguros Multiples De Puerto Rico, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File their Motion to Enforce the Mediated Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperative De Seguros Multiples De Puerto Rico **UNDER SEAL** is **GRANTED**.

SO ORDERED this \_\_\_\_day of _____2023.

_____
JUDGE OF THE DISTRICT COURT