## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **RUTH MILLER and GALEN SWINGEN,** <br><br> Plaintiffs, <br><br> v. <br><br> **AARP SERVICES, INC., AARP, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., RUSSELL RAGSDALE, and OVERSEAS INSURANCE AGENCY, INC.,** <br><br> Defendants. <br> _____ | 1:19-cv-00049-MEM-EAH |

**TO:**    Pamela L. Colon, Esq.
          *For Plaintiffs*
      Karen Ellis Carr, Esq.
      Eric Roman, Esq.
      Mattie Bowden, Esq.
      Andrew C. Simpson, Esq.
          *For AARP, Inc. and AARP Services, Inc.*
      Ann Cecile O'Neill, Esq.
      Eugenio W.A. Geigel-Simounet, Esq.
          *For GCSM and CSMPR*
      Richard H. Hunter, Esq.
      Joshua D. Lerner, Esq.
      Peter Tepley, Esq.
      Victor G. Sanabria, Esq.
          *For Vericlaim, Sedgwick, and Ragsdale*

## <u>ORDER</u>

**THIS MATTER** comes before the Court on a Motion for Leave to File Motion to Enforce Mediation Settlement Agreement Under Seal filed by Plaintiffs. Dkt. No. 280.

*Miller v. AARP Services, Inc.*
1:19-cv-00049-MEM-EAH
Order
Page 2

Plaintiffs explain that the Mediation Settlement Agreement and its terms are confidential, and as such, they seek to file their Motion to Enforce that agreement under seal. *Id*.

Having considered the motion and being satisfied with the premises therein, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Motion to Enforce Mediation Settlement Agreement Under Seal, Dkt. No. 280, is **GRANTED**.

ENTER:

Dated: August 8, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE