IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| RUTH MILLER and GALEN G. SWINGEN, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL NO. 1:19-CV-49 |
| AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., and RUSSELL RAGSDALE, | ) ) ) ) ) ) ) ) ) | ACTION FOR DAMAGES, BREACH OF CONTRACT, BAD FAITH, BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF FIDUCIARY DUTY, DECEPTIVE TRADE PRACTICES, FRAUD AND MISREPRESENTATION |
| Defendants. | ) ) | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned counsel, that this matter be dismissed, WITH PREJUDICE against Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., only, each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement. The case remains pending against Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO.[1]

---

[1] An unopposed Motion to Dismiss Defendant, Russell Ragsdale, with prejudice, was previously filed and is pending before the Court.

                                LAW OFFICES OF PAMELA LYNN COLON, LLC
                                Attorney for Plaintiffs

DATED:  August 9, 2023       */s/ Pamela Lynn Colon, Esquire*
                                Pamela Lynn Colon, Esquire
                                Law Offices of Pamela Lynn Colon, LLC
                                2155 King Cross Street—Ste. 3
                                Christiansted, VI 00820-4842
                                Tel:  (340) 719-7100
                                Fax: (340) 719-7700
                                pamelalcolon@msn.com

DATED:  August 9, 2023      */s/ Karen Ellis Carr*_____
                                Karen Ellis Carr
                                ArentFox Schiff LLP
                                1717 K Street, NW
                                Washington, DC  20006
                                202-8576000
                                Karen.carr@afslaw.com

DATED:  August 9, 2023      */s/ Joshua D. Lerner*_____
                                RUMBERGER, KIRK & CALDWELL, P.A.
                                80 S.W. 8th Street, Suite 3000
                                Miami, Florida  33130
                                305-358-5577
                                305-371-7580 (facsimile)
                                jlerner@rumberer.com