IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| RUTH MILLER and GALEN G. SWINGEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:19-CV-49 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., and RUSSELL RAGSDALE, | ) ) ) ) ) ) ) ) ) | ACTION FOR DAMAGES, BREACH OF CONTRACT, BAD FAITH, BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF FIDUCIARY DUTY, DECEPTIVE TRADE PRACTICES, FRAUD AND MISREPRESENTATION |
| Defendants. | ) | |

## ORDER ON STIPULATION FOR DISMISSAL

**THIS MATTER** having come on to be heard regarding the Stipulation for Dismissal of Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., only, and the Court being fully advised in the premises:

IT IS HERBY ORDERED that that this matter is **DISMISSED**, WITH PREJUDICE as to Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., only, each party to bear their own costs and fees; and,

IT IS FURTHER ORDERED that this matter remains pending against Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO.

SO ORDERED this ____ day of _____ 2023.

_____
JUDGE OF THE DISTRICT COURT