# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER AND GALEN G. SWINGEN, | ) ) ) |
| Plaintiffs, | ) CASE NO.: 1:19-CV-49 ) ) |
| v. | ) ) |
| AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., AND VERICLAIM, INC., AND RUSSELL RAGSDALE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties, the Plaintiffs and co-Defendant Grupo Cooperativo Seguros Multiples and Cooperativa De Seguros Múltiples Of Puerto Rico, represented by their respective counsel, that this matter be dismissed WITH PREJUDICE against Grupo Cooperativo Seguros Multiples and Cooperativa De Seguros Múltiples Of Puerto Rico, each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement.

**WHEREFORE,** it is requested that the present action be dismissed with prejudice.

                                                    Respectfully Submitted,

**Law Offices of Pamela Lynn Colon, LLC**
*Counsel for Plaintiffs*

Dated: September 14, 2023      By:  /s/ *Pamela Lynn Colon, Esq.*

**Pamela Lynn Colon, Esq.**
2155 King Cross Street, Ste. 3
Christisansted, VI 00820-4842
Phone: (340) 719-7100
pamelalcolon@msn.com
stxlaw@outlook.com
mtitre@yahoo.com  *(paralegal)*

**GS LAW OFFICES P.C.**
*Counsel for Defendants GCSM & CSMPR*

Dated: September 14, 2023      By:  /s/ *Eugenio W.A. Géigel-Simounet*

**Eugenio W.A. Géigel-Simounet, Esq.**
VI Bar No.: 999
**Ann Cecile O'Neill, Esq.**
VI Bar No.: 665
5020 Anchor Way, 2nd Floor Gallows Bay
P.O. Box 25749 | Christiansted, VI 00824
Tel: (340) 778-8069 | Fax: (340) 773-8524
egeigel@gslawofficespc.com
aconeill@gslawofficespc.com
alicia@gslawofficespc.com *(legal secretary)*