**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and RUSSELL RAGSDALE,)<br>)<br>Defendants. )<br>_____) | CIVIL NO. 1:19-CV-49<br><br>ACTION FOR DAMAGES,<br>BREACH OF CONTRACT, BAD<br>FAITH, BREACH OF DUTY OF<br>GOOD FAITH AND FAIR<br>DEALING, BREACH OF<br>FIDUCIARY DUTY, DECEPTIVE<br>TRADE PRACTICES, FRAUD<br>AND MISREPRESENTATION |

## ORDER

THIS CAUSE COMING TO be heard on Plaintiffs' Amended Motion to Voluntarily Dismiss Defendant, Russell Ragsdale, only, from this matter with prejudice and without conditions, due notice having been given and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that Defendant, Russell Ragsdale, only, is dismissed from this matter with prejudice and without conditions.

SO ORDERED:

Dated: 9/24/23

MALACHY E. MANNNION
UNITED STATES DISTRICT COURT JUDGE