IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RUTH MILLER AND GALEN G. SWINGEN,<br><br>          Plaintiffs,<br><br>v.<br><br>AARP SERVICES, INC., AARP, INC.,<br>AARP OF THE VIRGIN ISLANDS, INC.,<br>GRUPO COOPERATIVO SEGUROS<br>MULTIPLES, COOPERATIVA DE SEGUROS<br>MULTIPLES OF PUERTO<br>RICO, OVERSEAS INSURANCE<br>AGENCY, INC., SEDGWICK CLAIMS<br>MANAGEMENT SERVICES, INC., AND<br>VERICLAIM, INC., AND RUSSELL<br>RAGSDALE,<br><br>          Defendants. | CASE NO.: 1:19-CV-49 |

## ORDER ON STIPULATION FOR DISMISSAL

**THIS MATTER** having come before this Court on the Stipulation for Dismissal of Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES and COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, and Court being fully advised in the premises, it is hereby:

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendants, GRUPO COOPERATIVO SEGUROS MULTIPLES and COOPERATIVA DE SEGUROS MÚLTIPLES OF PUERTO RICO, each party to bear their own costs and fees; and it is further

**ORDERED** that a copy of this Order shall be distributed to counsel of record.

SO ORDERED this 26th day of September, 2023.

_____
JUDGE MALACHY E. MANNION
U.S. DISTRICT JUDGE