## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **RUTH MILLER and GALEN G. SWINGEN,** : | |
| : | |
| Plaintiffs : | CIVIL ACTION NO. 1:19-49 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| **AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVE DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., and RUSSELL RAGSDALE,** : | |
| : | |
| Defendants : | |

## O R D E R

It appearing that all of the Defendants have settled this action, Plaintiffs' counsel is directed to advise the Court, on or before October 13, 2023, as to whether or not Plaintiff's claims against Defendant, Overseas Insurance Agency, Inc., have been resolved and are subject to dismissal such that the entire case may be closed. Should Defendant, Overseas

Insurance Agency, Inc., not be subject to dismissal from this action, Plaintiffs' counsel is directed to provide proof to the Court that Defendant, Overseas Insurance Agency, Inc., was timely and properly served with Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 4.

*[signature]*
MALACHY E. MANNNION
United States District Court

DATE: October 5, 2023
19-49-08