**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| RUTH MILLER and GALEN G. SWINGEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVO SEGUROS MULTIPLES, )<br>COOPERATIVA DE SEGUROS MÚLTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and RUSSELL RAGSDALE,)<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1:19-CV-49<br><br>ACTION FOR DAMAGES,<br>BREACH OF CONTRACT, BAD<br>FAITH, BREACH OF DUTY OF<br>GOOD FAITH AND FAIR<br>DEALING, BREACH OF<br>FIDUCIARY DUTY, DECEPTIVE<br>TRADE PRACTICES, FRAUD<br>AND MISREPRESENTATION |

## NOTICE TO THE COURT

COMES NOW Plaintiffs, Ruth Miller and Galen G. Swingen, by and through their undersigned counsel, and give Notice to the Court that Plaintiffs' never served Defendant, Overseas Insurance Agency, Inc., and the case against Defendant, Overseas Insurance Agency, Inc. are subject to dismissal such that the entire case may be closed.

                    LAW OFFICES OF PAMELA LYNN COLON, LLC
                    Attorney for Plaintiffs

DATED: October 13, 2023    By:   <u>/s/Pamela Lynn Colon, Esquire</u>
                                      Pamela Lynn Colon, Esquire
                                      VI Bar No. 801
                                      2155 King Cross Street, Suite 3
                                      Christiansted, St. Croix 00820
                                      (340) 719-7100
                                      (340) 719-7700 (facsimile)
                                      <u>pamelalcolon@msn.com</u>